Veronica Arechederra Hall, State Bar No. 5855
veronica.hall@jacksonlewis.com
Steven C. Anderson, State Bar No. 11901
steven.anderson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES CONCEPCION,<br><br>  Plaintiff,<br><br>  v.<br><br>TREASURE ISLAND, LLC,<br>a Nevada limited liability company,<br><br>  Defendant. | Case No.: 2:14-cv-00860-~~APG~~-NJK  (RFB)<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE ITS ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant Treasure Island, LLC ("Defendant") through its counsel, Jackson Lewis P.C., and Plaintiff James Concepcion ("Plaintiff") through his counsel, The Law Offices of Robert P. Spretnak, stipulate and agree to extend the time for Defendant to file its Answer to Plaintiff's Complaint from September 3, 2015, through September 8, 2015.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made. The extension of time is requested due to defense counsel's schedule and availability.

--

**So stipulated**.

Dated this 3rd day of September, 2015.

| | |
|---|---|
| JACKSON LEWIS P.C. | LAW OFFICES OF ROBERT P. SPRETNAK |
| /s/ Steven C. Anderson | /s/ Robert P. Spretnak |
| Veronica Arechederra Hall | Robert P. Spretnak |
| 3800 Howard Hughes Parkway | 8275 S. Eastern Avenue |
| Suite 600 | Suite 200 |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89123 |
| *Attorney for Defendant* | *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED

_____
United States Magistrate Judge
Dated: September 4, 2015

4831-8775-4792, v. 1