Veronica Arechederra Hall, State Bar No. 5855
veronica.hall@jacksonlewis.com
Phillip C. Thompson, Bar No. 12114
phillip.thompson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES CONCEPCION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TREASURE ISLAND, LLC,<br>a Nevada limited liability company,<br><br>　　　　Defendant. | Case No.: 2:14-cv-00860-~~APG~~ RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>(First Request) |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On August 1, 2016, this Court entered its Order setting out the discovery plan and scheduling order dates (Dkt. #24).

2. This is the first request by the parties to amend the Court's August 1, 2016 scheduling order.

3. This extension is necessary based on counsels' schedules, and the fact that Defendant's former counsel, Steven Anderson, has left Jackson Lewis, P.C., and no longer represents Defendant. Mr. Anderson was the attorney who handled most of the discovery on

JACKSON LEWIS P.C.
LAS VEGAS

behalf of Defendant, and his departure from Jackson Lewis was not anticipated. Mr. Anderson was allowed by the court to withdraw as counsel for Defendant on February 10, 2016.

4. Phillip Thompson, an attorney with Jackson Lewis P.C., recently made an appearance on behalf of Defendant in the matter and he will require time to familiarize himself with the case. The parties agree that a three week extension of the dispositive motion deadline is reasonable in light of the circumstances.

5. This stipulation is sought in good faith and not for the purpose of delay.

6. For the above-stated reasons, the parties request that the dispositive motion deadline be extended from March 17, 2016 to April 7, 2016.

The parties shall have through and including April 7, 2016 to file dispositive motions.

Dated this 18 day of February, 2016.

| JACKSON LEWIS P.C. | LAW OFFICES OF ROBERT P. SPRETNAK |
|---|---|
| *(signature)* | /s/Robert P. Spretnak |
| Veronica Arechederra Hall | Robert P. Spretnak |
| Phillip C. Thompson | 8275 S. Eastern Ave. |
| 3800 Howard Hughes Pkwy., #600 | Suite 200 |
| Las Vegas, NV 89169 | Las Vegas, NV 89183 |
| *Attorneys for Defendant* | *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED _February 24_____, 2016.

_____
United States Magistrate Judge

4823-8168-5550, v. 1