Veronica Arechederra Hall, State Bar No. 5855
veronica.hall@jacksonlewis.com
Phillip C. Thompson, Bar No. 12114
phillip.thompson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES CONCEPCION,<br><br>            Plaintiff,<br><br>     v.<br><br>TREASURE ISLAND, LLC,<br>a Nevada limited liability company,<br><br>            Defendant. | Case No.: 2:14-cv-00860-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>(Second Request) |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On August 1, 2015, the Court entered its Order setting out the discovery plan and scheduling order dates (Dkt. #24).

2. On February 18, 2016, the parties stipulated to extend the deadline to file dispositive motions based on the schedules of counsel and because Defendant's former counsel, Steven Anderson, the attorney who handled most of the discovery on behalf of Defendant, made an unexpected departure from Jackson Lewis, P.C., and withdrew as counsel for Defendant on February 10, 2016. (Dkt. #31). The Court entered an Order on February 24, 2016, extending the deadline to file dispositive motions until April 7, 2016. (Dkt. #32).

3. This is the second request by the parties to amend the Court's August 1, 2015 Order.

4. This extension is necessary because the court reporter responsible for transcribing the deposition testimony of two witnesses in this matter has not been available. On March 11, 2016, Defense Counsel learned from the court reporter's mother that she had contracted pneumonia and was hospitalized. This delayed the availability of the transcripts, which need to be reviewed by counsel and may be used as evidence in any dispositive motions, until March 14, 2016.

5. This stipulation is sought in good faith and not for the purpose of delay.

6. For the above-stated reasons, the parties request that the dispositive motion deadline be extended from April 7, 2016 to April 21, 2016.

The parties shall have through and including April 21, 2016 to file dispositive motions.

Dated this 16th day of March, 2016.

| JACKSON LEWIS P.C. | LAW OFFICES OF ROBERT P. SPRETNAK |
|---|---|
| */s/ Phillip C. Thompson* | */s/ Robert P. Spretnak* |
| Veronica Arechederra Hall | Robert P. Spretnak |
| Phillip C. Thompson | 8275 S. Eastern Ave. |
| 3800 Howard Hughes Pkwy., #600 | Suite 200 |
| Las Vegas, NV 89169 | Las Vegas, NV 89183 |
| *Attorneys for Defendant* | *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED  March 17 , 2016.

_____
United States Magistrate Judge