1  LAW OFFICES OF ROBERT P. SPRETNAK
   Robert P. Spretnak, Esq. (Bar No. 5135)
2  8275 S. Eastern Avenue, Suite 200
   Las Vegas, Nevada 89123
3  Telephone: (702) 454-4900
   Fax: (702) 938-1055
4  Email: bob @ spretnak.com

5  Attorney for Plaintiff

6

                    UNITED STATES DISTRICT COURT
7
                        DISTRICT OF NEVADA
8
   JAMES CONCEPCION,                    )    Case No.: 2:14-cv-00860-RFB-NJK
9                                       )
              Plaintiff,                )
10                                      )
          vs.                           )
11                                      )
   TREASURE ISLAND, LLC,                )
12 a Nevada limited liability company,  )
                                        )
13            Defendant.                )

14

15      **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF**
        **JAMES CONCEPCION TO FILE OPPOSITION TO**
16 **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (COURT DKT. NO. 35)**

17                         **(First Request)**

18      Plaintiff JAMES CONCEPCION and Defendant TREASURE ISLAND, LLC, a Nevada

19 limited liability company, by and through their respective counsel of record, hereby stipulate and

20 agree to extend for 10 days, until **May 25, 2016**, the time for Mr. Concepcion and to file his points

21 and authorities in opposition to Defendant's Motion for Summary Judgment (Court Dkt. No. 35).

22 Defendant Treasure Island, LLC, filed its motion on April 21, 2016;  therefore Mr. Concepcion's

23 opposition currently is due on May 15, 2016.

24      There is good cause for entering into this stipulation.  There is a significant amount of

25 material that must be reviewed that was set out in the pending motion.  In addition, Plaintiff's

26 counsel has had a number of scheduling conflicts over the past few weeks.

27 ////

28 ////

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

1    For these reasons, a brief 10-day delay is requested from the Court.

2

3
        DATED:  May 13, 2016.                    DATED:  May 13, 2016.
4
        LAW OFFICES OF ROBERT P. SPRETNAK        JACKSON LEWIS, P.C.
5
        By: /s/ Robert P. Spretnak              By: /s/ Phillip C. Thompson
6           Robert P. Spretnak, Esq.                Veronica Arechederra Hall, Esq.
                                                     Phillip C. Thompson, Esq.
7       Attorney for Plaintiff
                                                 Attorneys for Defendant
8       8275 S. Eastern Avenue, Suite 200
        Las Vegas, Nevada 89123                  3800 Howard Hughes Parkway, Suite 600
9                                                Las Vegas, Nevada 89169

10

11

12                        IT IS SO ORDERED.

13

14                        _____

15                        RICHARD F. BOULWARE, II
                          United States District Judge
16
                          DATED this 17th day of May, 2016.
17

18

19

20

21

22

23

24

25

26

27

28

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 2