Veronica Arechederra Hall, Esq.
Bar No. 5855
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: (702) 893.3383
Fax: (702) 893.3789
E-mail: Veronica.Hall@lewisbrisbois.com
*Attorneys for Defendant
Treasure Island, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES CONCEPCION,<br><br>　　　　Plaintiff,<br><br>TREASURE ISLAND, LLC,<br>a Nevada limited liability company,<br><br>　　　　Defendant. | Case No. 2:14-cv-00860-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR THE PARTIES TO FILE PRE-TRIAL ORDER**<br><br>**(FIRST REQUEST)** |

COME NOW, Plaintiff and Defendant, by and through their counsels of record, and pursuant to Local Rule 6-1, the parties hereby stipulate, agree, and make joint application to extend the time for the parties to file their Pre-Trial Order.

This extension is based on the following:

On March 17, 2017, the Court denied Defendant's Motion for Summary Judgment.

Upon ruling on the above-mentioned motion, the Court ordered the parties to file their Pre-Trial Order on Saturday, May 6, 2017.

The extension is necessitated because Plaintiff's counsel was delayed in jointly drafting the Pre-Trial Order due to personal issues.

This extension is made in good faith and not for purposes of delay. Based upon the foregoing, the parties request that this Court order the time for the parties to file their Pre-Trial

/ / /

/ / /

/ / /

4832-0544-7239.1

Order be extended to seven (7) days from the current deadline of May 6, 2016 up to and including May 12, 2017.

SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:

| DATED this 5th day of May, 2017. | DATED this 5th day of May, 2017. |
|---|---|
| LAW OFFICE OF ROBERT SPRETNAK | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| By: *Robert P. Spretnak* | By: *Veronica Arechederra Hall* |
| Robert P. Spretnak, Esq.<br>Nevada Bar No. 5135<br>8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>Telephone: 702.454.4900<br>*Attorneys for Plaintiff* | Veronica Arechederra Hall, Esq.<br>Nevada Bar No. 5855<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>Telephone: 702.893.3383<br>*Attorneys for Defendant* |

## **ORDER**

IT IS SO ORDERED:

Dated this 10th day of May, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge