VERONICA ARECHEDERRA HALL
Nevada Bar No. 5855
CAYLA WITTY
Nevada Bar No. 12897
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

*Attorneys for Treasure Island, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES CONCEPCION,<br><br>    Plaintiff,<br><br>vs.<br><br>TREASURE ISLAND, LLC,<br>a Nevada limited liability company,<br><br>    Defendant. | Case No. 2:14-cv-00860-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO LODGE CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENTS**<br><br>**(FIRST REQUEST)** |

COME NOW, Plaintiff and Defendant, by and through their counsel of record, and pursuant to Local Rule 6-1, hereby stipulate, agree, and make joint application to extend the deadline to lodge their Confidential Settlement Conference Statements.

The request for an extension is based on the following:

Counsel for Defendant will be attending an out-of-town, bereavement service, on May 26, 2017.

/ / /

/ / /

/ / /

/ / /

/ /

/ / /

/ / /

4816-7987-1817.1

The request for an extension is made in good faith and not for purposes of delay. Based upon the foregoing, the parties request that the deadline to lodge their Confidential Settlement Conference Statements be extended to, and including, **June 1, 2017, at 4:00 p.m**.

DATED this 24th day of May, 2017.　　　　DATED this 24th day of May, 2017.

LEWIS BRISBOIS BISGAARD SMITH LLP　　LAW OFFICE OF ROBERT P. SPRETNAK

/s/ *Veronica Arechederra Hall*　　　　　　/s/ *Robert P. Spretnak*
Veronica Arechederra Hall, Esq.　　　　　Robert P. Spretnak, Esq.
Nevada Bar No. 5855　　　　　　　　　　Nevada Bar No. 5135
6385 S. Rainbow Blvd., #600　　　　　　　8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89118　　　　　　　　Las Vegas, Nevada 89123
*Attorneys for Defendant*　　　　　　　　*Attorney for Plaintiff*

## ORDER

IT IS SO ORDERED that the time for the parties to lodge their Confidential Settlement Conference Statements be extended to June 1, 2017.

Dated May 25, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

4816-7987-1817.1　　　　　　　　　　2