VERONICA ARECHEDERRA HALL
Nevada Bar No. 5855
CAYLA WITTY
Nevada Bar No. 12897
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

*Attorneys for Treasure Island, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES CONCEPCION,<br><br>Plaintiff,<br><br>vs.<br><br>TREASURE ISLAND, LLC,<br>a Nevada limited liability company,<br><br>Defendant. | Case No. 2:14-cv-00860-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME TO FILE JURY INSTRUCTIONS, VOIR DIRE, AND MOTIONS IN LIMINE**<br><br>**(FIRST REQUEST)** |

COME NOW, Plaintiff and Defendant, by and through their counsel of record, and pursuant to Local Rule 6-1, hereby stipulate, agree, and make joint application to extend the time to file jury instructions, voir dire, and motions in limine. The deadline to file these pre-trial items is currently Tuesday, June 6, 2017. The Parties seek an additional three (3) days, up to and including Friday, June 9, 2017.

The request for an extension is based on the following:

The parties are participating in a court-ordered settlement conference on Tuesday, June 6, 2017 in this instant matter.

Counsel for Defendant is also in a court-ordered Early Neutral Evaluation Session on Monday, June 5, 2017.

///

///

///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4824-8874-5289.1

This request for an extension is made in good faith and not for purposes of delay. Based upon the foregoing, the parties request that the deadline to file jury instructions, voir dire, and motions in limine be extended to, and including, **June 9, 2017**.

DATED this 1st day of June, 2017.　　　　DATED this 1st day of June, 2017.

LEWIS BRISBOIS BISGAARD SMITH LLP　　LAW OFFICE OF ROBERT P. SPRETNAK

/s/ *Veronica Arechederra Hall*　　　　　/s/ *Robert P. Spretnak*

Veronica Arechederra Hall, Esq.　　　　　Robert P. Spretnak, Esq.
Nevada Bar No. 5855　　　　　　　　　　Nevada Bar No. 5135
6385 S. Rainbow Blvd., #600　　　　　　　8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89118　　　　　　　　Las Vegas, Nevada 89123
*Attorneys for Defendant*　　　　　　　　*Attorney for Plaintiff*

## **ORDER**

IT IS FURTHER ORDERED that [54] Stipulation for Extension is denied as MOOT.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 5th day of June, 2017.