VERONICA ARECHEDERRA HALL
Nevada Bar No. 5855
CAYLA WITTY
Nevada Bar No. 12897
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL:  702.893.3383
FAX:  702.893.3789

*Attorneys for Treasure Island, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| JAMES CONCEPCION, | Case No. 2:14-cv-00860-RFB-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |
| TREASURE ISLAND, LLC, a Nevada limited liability company, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff James Concepcion and Defendant Treasure Island, LLC, by and through their respective counsel, that the above-captioned action and all claims Plaintiff had or may have had against Defendant as related to the above-captioned action shall be and hereby are dismissed with prejudice in their entirety, each party to bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4825-5544-3019.1

Further, this Court shall retain jurisdiction over any dispute arising from the out-of-court resolution of this matter.

DATED this 13 day of July, 2017.          DATED this 12th day of July, 2017.

LEWIS BRISBOIS BISGAARD & SMITH LLP

Veronica Arechederra Hall, Esq.
Nevada Bar No. 5855
Cayla Witty, Esq.
Nevada Bar No. 12897
6385 S. Rainbow Blvd., #600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

LAW OFFICE OF ROBERT P. SPRETNAK

Robert P. Spretnak, Esq.
Nevada Bar No. 5135
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorney for Plaintiff*

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice and each party to bear its own attorneys' fees and costs. This Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

**IT IS SO ORDERD.**

DATED: July 26, 2017.

RICHARD F. BOULWARE, II
United States District Judge